PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>Information associated with account abdulbasierhashimi@yahoo.com that is stored at premises controlled by Yahoo Inc. | CASE NO. 2:16-SW-771 KJN<br><br>[~~PROPOSED~~] ORDER REGARDING MOTION TO UNSEAL SEARCH WARRANT |

The government's motion to unseal the Search Warrant and this case is GRANTED.

DATED: 7/17/2017

*(signature)*
Hon. Carolyn K. Delaney
United States Magistrate Judge

FILED
JUL 17 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1